# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

TRAMAINE JERNIGAN,

    Plaintiff,

v.

                                                No. 19-cv-1177-WJ-JHR

FNU VALENCIA, DEBORAH
GARCIA, JANEL SARRACINO,
RICARDO SALAYANDIA, MAXINE
MONTOYA, DANIEL PETERS, and
ERNIE HOLGUIN,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of the above captioned case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED with prejudice**.

_____
WILLIAM P JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE